# KIMM LAW FIRM

| | | |
|---|---|---|
| 333 Sylvan Avenue, Suite 106<br>Englewood Cliffs, New Jersey 07632<br>Tel 201-569-2880<br>Fax 201-569-2881 | **PLEASE REPLY TO**<br>**ENGLEWOOD CLIFFS** | 214-25 42nd Avenue, Suite 2F<br>Bayside, New York 11361<br><br>Email:  msk@kimmlaw.com |

May 21, 2019

By ECF

Hon. Michael A. Hammer, USMJ
United States District Court
50 Walnut Street
Newark, NJ 07102

     Re:    <u>U.S. ex rel Marie Lee v. Noah Bank et al; 13-CV-2786</u>

Dear Judge Hammer:

    We represent the Relator-plaintiff in the above-referenced quit-tam action and respond to the Text Order filed May 10 directing a joint status report on the case.

    Due to my recent engagement in back to back trial duties, I apologize that this letter has been delayed.  I respectfully request 30 days to confer with my client the Relator so that I can provide the Court with a responsible update.

    Thank you for your consideration.

    Respectfully,

    <u>/s/ Michael Kimm</u>

    Michael S. Kimm